IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STONE HILTON PLLC, a Texas Professional Limited Liability Company; JUDD STONE; and CHRIS HILTON, <br> *Plaintiff*, <br><br> v. <br><br> BRENT WEBSTER, in his individual capacity; RALPH MOLINA, in his individual capacity; and JOSH RENO, in his individual capacity <br> *Defendants*. | § § § § § § § § § § § § §   CIVIL ACTION NO. 1:25-cv-00983 |

### DEFENDANTS' NOTICE OF FAILURE TO FILE RESPONSE TO MOTION TO DISMISS

On July 24, 2025, Defendants filed their Motion to Dismiss. Dkt. 6. Plaintiffs' response to that motion was due on August 7, 2025. Local Rule CV-7(D)(2). As of the filing of this Notice, Plaintiffs have not filed a response. As a result, Defendants' Motion to Dismiss is ripe for the Court's consideration and may be granted as unopposed. *Id.*

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court grant their Motion to Dismiss thereby dismissing with prejudice all claims asserted by Plaintiffs against them and for all other relief, in law and in equity, to which they are justly entitled.

Respectfully submitted.

KEN PAXTON
Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

*/s/ Kimberly Gdula*
KIMBERLY GDULA
Chief, General Litigation Division
Texas Bar No. 24052209
WILLIAM D. WASSDORF
Associate Deputy AG for Civil Litigation
Texas Bar No. 24103022
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 241-9629
(512) 320-0667 fax
Kimberly.Gdula@oag.texas.gov
Will.Wassdorf@oag.texas.gov
**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2025 true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

*/s/ Kimberly Gdula*
KIMBERLY GDULA
Chief, General Litigation Division