UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STONE HILTON PLLC, a Texas professional limited liability company; JUDD STONE; and CHRIS HILTON,<br><br>Plaintiffs,<br><br>v.<br><br>BRENT WEBSTER, in his individual capacity; RALPH MOLINA, in his individual capacity; and JOSH RENO, in his individual capacity,<br><br>Defendants. | Civil Action No. 1:25-cv-00983 |

## DECLARATION

Now comes J. Stephen Toland, Attorney for Plaintiffs in the above-referenced cause and files this Declaration in support of *Plaintiffs' Motion for Extension of Time to Amend Pleadings And File Response to Defendants' Motion to Dismiss Before Deadline.*

I, J. Stephen Toland, declare under penalty of perjury that the following facts are true and correct:

"On August 13, 2025, I conferred with Defendants' counsel, Kimberly Gdula in two separate phone calls and in a substantive email exchange wherein I requested an extension of fourteen-days to either file a response to Defendants' motion to dismiss, or to amend Plaintiffs' pleadings. I explained the upcoming hearing on August 20, 2025, in the Eskew Litigation regarding a motion to strike substantive emails involving both Plaintiffs and Defendants in this case, and the need for more time for my clients, Stone and Hilton, given other pending litigation. I explained that rulings from the August 20, 2025, hearing would undoubtedly influence Plaintiffs' decisions

about amending their pleadings or in how they respond to Defendants' Motion to Dismiss. Defendants' counsel explained that she was opposed to any extension of time, no matter how brief, and incorrectly claimed that Plaintiffs' responses were due 14 days from the filing of Defendants' Motion to Dismiss, and in support cited Local Rule CV-7(d)(2). I told her that I believed she was incorrect and that the correct response date is 21 days, which would be August 14, 2025. In our phone calls and in an email exchange Defendants' counsel stated that any rulings from the August 20, 2025, hearing in the Eskew Litigation had no impact on Plaintiffs in this case. Finally, counsel for Defendants would not explain how Defendants' legitimate interest(s) would be adversely impacted by Plaintiffs' reasonable request for a fourteen-day extension of time as required in *Local Rule AT-4-b: Standards for Pretrial Conduct.*

August 13, 2025

Executed on this date

Signature

J. Stephen Toland
Email: stephen@tolandlegal.com
TOLAND LAW FIRM, PLLC
1305 San Antonio Street
Austin, Texas 78701
Tele: (512) 612-9545
Facsimile: (512) 612-9613