IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STONE HILTON PLLC, a Texas Professional Limited Liability Company; JUDD STONE; and CHRIS HILTON,<br>    *Plaintiff*,<br><br>v.<br><br>BRENT WEBSTER, in his individual capacity; RALPH MOLINA, in his individual capacity; and JOSH RENO, in his individual capacity<br>    *Defendants.* | CIVIL ACTION NO. 1:25-cv-00983 |

## RESPONSE TO DEFENDANTS' MOTION FOR LEAVE

On September 22, 2025, Defendants filed an Opposed Motion for Leave to Exceed Page Limits (dkt. 15).

Plaintiffs file this Response to provide notice to the Court that we do not oppose Defendants' Motion for Leave to Exceed Page Limits.

    Respectfully submitted,

    */s/ J. Stephen Toland*
    J. Stephen Toland
    State Bar No. 24029863
    stephen@tolandlegal.com

    TOLAND LAW FIRM, PLLC
    1305 San Antonio Street
    Austin, TX 78701
    Tele: (512) 621-9545
    Facsimile: (512) 612-9613
    **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 2, 2025, a true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

                                               */s/ J. Stephen Toland*
                                               J. Stephen Toland